B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–03890**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edmond A Shaba | Kelly Shaba |
| 1734 Greenleaf | 1734 Greenleaf |
| Des Plaines, IL 60018 | Des Plaines, IL 60018 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–9305                                              xxx–xx–3621

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


FOR THE COURT

Dated: May 18, 2010                        Kenneth S. Gardner, Clerk
                                           United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cgreen                Page 1 of 2                   Date Rcvd: May 18, 2010
Case: 10-03890                 Form ID: b18                Total Noticed: 62

The following entities were noticed by first class mail on May 20, 2010.
db/jdb        +Edmond A Shaba,    Kelly Shaba,    1734 Greenleaf,    Des Plaines, IL 60018-3835
aty           +David H Cutler,    Cutler & Associates, Ltd.,    8430 Gross Point Rd, Ste 201,
                Skokie, IL 60077-2000
15044554       ABN AMRO Mortgage Group,    Po Box 79022 Ms322,    St Louis, OH 63179
15044557      +Alliant Credit Union,    Pob 66945,    Chicago, IL 60666-0945
15044561      +Baker Miller,    29 N Wacher Dr,    Chicago, IL 60606-2854
15044562      +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3512
15044567      +CBHV,    PO Box 3495,    Toledo, OH 43607-0495
15044571      +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
15044572      +Citibank Na,    Attn.:  Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15044573      +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
15044575      +Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
15044576      +Countywide Home Lending,    Att: Bk Dept. SV-314B,    PO Box 5170,    Simi Valley, CA 93062-5170
15044581      +Freedman Anselmo Lindberg,    1807 West Diehl Rd. Ste 333,    Naperville, IL 60563-1890
15044582      +Friedman & Huey Associates, LLP,    1550 N. Northwest Hwy Ste. 404,    Park Ridge, IL 60068-1463
15044583      +Fst Amer Bk,    4949 Old Orchard,    Skokie, IL 60077-1439
15044585      +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
15044591     ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
              (address filed with court:   Guaranty Savings Bk,     4000 W Brown Deer Rd,    Brown Deer, WI 53209)
15044593      +Harris Bank Barrington,    201 S Grove Av,    Barrington, IL 60010-4493
15044599      +Law Offices of Talan & Ktsanes,    300 W Adams St. Ste. 840,    Chicago, IL 60606-5109
15044600      +Loan Care,    PO Box 41598,    Philadelphia, PA 19101-1598
15044601      +Ltd Financial Services,    7322 Southwest Freeway Ste. 1600,    Houston, TX 77074-2053
15044603      +Marshall & Ilsley Bank,    Attn: Bankruptcy,    770 N Water St,    Milwaukee, WI 53202-3509
15044604      +Merel Martin,    c/o Albert Law Firm PC,    205 W Randolf Ste. 920,    Chicago, IL 60606-1814
15044605      +Mitsubishi Motor Credi,    1101 Perimeter Dr Ste 650,    Schaumburg, IL 60173-5061
15044606      +Nationwide Credit,    4700 Vestal Pkwy E,    Vestal, NY 13850-4750
15044607      +Navajo County Treasures Office,    PO Box 668,    Holbrook, AZ 86025-0668
15044612      +Nissan Motor Acceptanc,    Pob 660366,    Dallas, TX 75266-0366
15044616     ++TRANSPORT FUNDING,    903 E 104TH ST #170,    KANSAS MO 64131-3464
              (address filed with court:   Transport Funding Llc,     903 E 104th St Ste 170,
                Kansas City, MO 64131)
15044619      +US Bank Home Mort.,    3121 Michaelson Dr.,    Irvine, CA 92612-7672
15044618      +Us Bank,    Po Box 20005,    Owensboro, KY 42304-0005
15044620      +Us Bank Home Mortgage,    Attn: Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
15044622       Us Bank Manifest,    1450 Child Parkway,    Marshall, MN 56258
15044628     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:   Wfs Financial/Wachovia Dealer,     Po Box 19657,    Irvine, CA 92623)
15044623      +Wffinancial,    5764 West Touhy,    Niles, IL 60714-4606
The following entities were noticed by electronic transmission on May 18, 2010.
tr            +EDI: QCLSTEEGE.COM May 18 2010 19:18:00      Catherine L. Steege, ESQ,    Jenner & Block,
                353 N. Clark Street,    Chicago, IL 60654-4704
15044556      +EDI: ALLIANCEONE.COM May 18 2010 19:08:00      AllianceOne,    4850 Street Rd. Ste 300,
                Feasterville Trevose, PA 19053-6643
15044560      +EDI: BECKLEE.COM May 18 2010 19:08:00      American Express,    c/o Becket and Lee,    Po Box 3001,
                Malvern, PA 19355-0701
15044563      +EDI: CHASE.COM May 18 2010 19:18:00      Bank One,    1 N Dearborn,    Chicago, IL 60670-0001
15044564      +EDI: CAPITALONE.COM May 18 2010 19:18:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
                Po Box 5155,    Norcross, GA 30091-5155
15044566      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
                Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
15044568      +EDI: CHASE.COM May 18 2010 19:18:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15044571      +EDI: CITICORP.COM May 18 2010 19:18:00      Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
15044572      +EDI: CITICORP.COM May 18 2010 19:18:00      Citibank Na,    Attn.:  Centralized Bankruptcy,
                Po Box 20507,    Kansas City, MO 64195-0507
15044577      +EDI: DISCOVER.COM May 18 2010 19:18:00      Discover Fin Svcs Llc,    Po Box15316,
                Wilmington, DE 19850-5316
15044580       EDI: FORD.COM May 18 2010 19:18:00      Ford Motor Credit Corporation,
                National Bankruptcy Center,    Po Box 537901,    Livonia, MI 48153
15044579      +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
                Attn: Bankruptcy Dept MS-S144-3,    5151 Corporate Dr,    Troy, MI 48098-2639
15044584      +EDI: CHASE.COM May 18 2010 19:18:00      Fst Usa Bk B,    Po Box 8650,    Wilmington, DE 19899-8650
15044586      +EDI: RMSC.COM May 18 2010 19:18:00      GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103106,
                Roswell, GA 30076-9106
15044588       EDI: RMSC.COM May 18 2010 19:18:00      Gemb/funancing,    332 Minnesota St Ste 610,
                Saint Paul, MN 55101
15044590      +EDI: RMSC.COM May 18 2010 19:18:00      Gemb/jcp,    Attention: Bankruptcy,    Po Box 103106,
                Roswell, GA 30076-9106
15044594      +EDI: HFC.COM May 18 2010 19:08:00      HSBC / Costco,    Hsbc Retail Srvs/Attention: Bankruptcy D,
                Po Box 5263,    Carol Stream, IL 60197-5263
15044595       EDI: HFC.COM May 18 2010 19:08:00      Hsbc/comp,    Attn: Bankruptcy,    Po Box 15522,
                Wilmington, DE 19850
15044596      +EDI: HFC.COM May 18 2010 19:08:00      Hsbc/rs,    Attn: Bankruptcy,    961 Weigel Dr,
                Elmhurst, IL 60126-1058
15044598      +EDI: HFC.COM May 18 2010 19:08:00      Hsbc/wicks,    Pob 15521,    Wilmington, DE 19850-5521
15044602      +E-mail/Text: camanagement@mandtbank.com                            M & T Bank,    Attn: Bankruptcy,
                1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221-7748
15044608      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
15044613      +E-mail/Text: SBONNEMA@ROGENT.COM                            Rogers & Hol,    Po Box 879,
                Matteson, IL 60443-0879
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: May 18, 2010
Case: 10-03890                Form ID: b18              Total Noticed: 62

The following entities were noticed by electronic transmission (continued)
15044615      +EDI: RMSC.COM May 18 2010 19:18:00      Sams Club,   Attention: Bankruptcy Department,
               Po Box 103104,   Roswell, GA 30076-9104
15044617      +EDI: URSI.COM May 18 2010 19:18:00      United Recovery Systems,   5800 North Course Dr,
               Houston, TX 77072-1613
15044624      +EDI: WFNNB.COM May 18 2010 19:18:00     Wfnnb/express,   Po Box 182273,   Columbus, OH 43218-2273
15044625      +EDI: WFNNB.COM May 18 2010 19:18:00     Wfnnb/new York & Compa,   220 W Schrock Rd,
               Westerville, OH 43081-2873
15044626      +EDI: WFNNB.COM May 18 2010 19:18:00     Wfnnb/roomplace,   Po Box 2974,
               Shawnee Mission, KS 66201-1374
15044627      +EDI: WFNNB.COM May 18 2010 19:18:00     Wfnnb/victorias Secret,   220 W Schrock Rd,
               Westerville, OH 43081-2873
15044629      +EDI: WFNNB.COM May 18 2010 19:18:00     World Financial Network,   Po Box 182125,
               Columbus, OH 43218-2125
                                                                                                TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15044555*      ABN AMRO Mortgage Group,   Po Box 79022 Ms322,   St Louis, OH 63179
15044559*     +Alliant Credit Union,   Pob 66945,   Chicago, IL 60666-0945
15044558*     +Alliant Credit Union,   Pob 66945,   Chicago, IL 60666-0945
15044565*     +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
15044569*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15044570*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15044574*     +Citifinancial Retail Services,   Po Box 140489,   Irving, TX 75014-0489
15044578*     +Discover Fin Svcs Llc,   Po Box15316,   Wilmington, DE 19850-5316
15044587*     +GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15044589* ++++GEMB/FUNANCING,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
               (address filed with court:  Gemb/funancing,   332 Minnesota St Ste 610,   Saint Paul, MN 55101)
15044592*    ++GUARANTY BANK,   ATTENTION MALISA GENNRICH,   4000 W BROWN DEER ROAD,   BROWN DEER WI 53209-1221
               (address filed with court:  Guaranty Savings Bk,   4000 W Brown Deer Rd,   Brown Deer, WI 53209)
15044597*     +Hsbc/rs,   Attn: Bankruptcy,   961 Weigel Dr,   Elmhurst, IL 60126-1058
15044609*     +Nicor Gas,   Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15044610*     +Nicor Gas,   Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15044611*     +Nicor Gas,   Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15044614*     +Rogers & Hol,   Po Box 879,   Matteson, IL 60443-0879
15044621*     +Us Bank Home Mortgage,   Attn: Bankruptcy Dept,   Po Box 5229,   Cincinnati, OH 45201-5229
                                                                                          TOTALS: 0, * 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2010**              **Signature:** _/s/ Joseph Speetjens_